UNITED STATES BANKRUPTCY COURT                    Eastern DISTRICT of PENNSYLVANIA

In re   PAMELA JEAN CRAPO                                      Debtor(s) Case No.  13-18006-JKF

**CHAPTER 13 PLAN**

(*If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.*)

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of **$910.00 monthly** for a period of **60** months.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.

      1. $1,500.00 to Young, Klein & Associates for balance of legal fees.
      2. $15,000.00 to Bucks County Tax Claim Bureau and Springfield Township for estimated delinquent priority real estate and school taxes only.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

      1. $13,511.00 to Carrington Mortgage for arrears on 1st mortgage on home (total estimated arrearages to be amended upon receipt of Proof of Claim).  Debtors to resume monthly mortgage payments outside of Plan.
      2. $19,451.00 to Toyota Financial for estimated balance on 2010 Toyota Matrix (total estimated balance to be amended upon receipt of Proof of Claim).  Total balance to be paid through trustee's office.

   (c) Subsequent to – pro rata dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

   Remaining disposable income to be distributed pro rata to unsecured creditors who file timely Proofs of Claim.

3. The following executory contracts of the debtor are rejected:

   Title to the debtor's property shall revest in the debtor on confirmation of a plan -- upon dismissal of the case after confirmation pursuant to U.S.C. § 350.

Date: 10/8/13                    /s/Ellis B. Klein
                                 Ellis B. Klein, Esquire